| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Richard F. Stefan

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Wisconsin

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Wisconsin

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Wisconsin

7. District Court and Division in which venue would be proper absent direct filing:

   <u>United States District Court - Eastern District of Wisconsin (Milwaukee) division</u>

8. Defendants (check Defendants against whom Complaint is made):

   X    C.R. Bard Inc.

   X    Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   X    Diversity of Citizenship

   ☐    Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐    Recovery® Vena Cava Filter

    X    G2® Vena Cava Filter

    ☐    G2® Express Vena Cava Filter

    ☐    G2® X Vena Cava Filter

    ☐    Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

November 12, 2008

12. Counts in the Master Complaint brought by Plaintiff(s):

X  Count I:     Strict Products Liability – Manufacturing Defect

X  Count II:    Strict Products Liability – Information Defect (Failure to Warn)

X  Count III:   Strict Products Liability – Design Defect

X  Count IV:    Negligence - Design

X  Count V:     Negligence - Manufacture

☐  Count VI:    Negligence – Failure to Recall/Retrofit

X  Count VII:   Negligence – Failure to Warn

X  Count VIII:  Negligent Misrepresentation

X  Count IX:    Negligence *Per Se*

X  Count X:     Breach of Express Warranty

X  Count XI:    Breach of Implied Warranty

X  Count XII:   Fraudulent Misrepresentation

X  Count XIII:  Fraudulent Concealment

X  Count XIV:   Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

X Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

X Yes

☐ No

RESPECTFULLY SUBMITTED this 18th day of April, 2017.

**LAW OFFICES OF BEN C. MARTIN**

By: */s/ Ben C. Martin*
　　Ben C. Martin
　　3710 Rawlins Street, Suite 1230
　　Dallas, Texas 75219
　214/761-6614 (Tel)
　214/744-7590 (Fax)
　*bmartin@bencmartin.com*

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

　　　　　　　　　　　　　　　　　　*/s/ Ben C. Martin*
　　　　　　　　　　　　　　　　　　Ben C. Martin