# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

<u>Court Minutes and Order</u>

HEARING DATE: 1/22/2021
JUDGE: Brett H. Ludwig
CASE NO.: 19-cv-1333-bhl
CASE NAME: Stefan v. C R Bard Incorporated et al
MATTER: Motion Hearing
APPEARANCES: Kristi Wood, Attorney for Plaintiff
Elizabeth C Helm, Attorney for Defendants
TIME: 11:07 a.m. – 12:07 a.m.
COURTROOM DEPUTY: Melissa P.
AUDIO OF THIS HEARING IS AT ECF NO. 30

The Court continued its hearing on Defendants' discovery motions. Counsel for plaintiff argued against granting defendants' motions to exclude or compel any discovery related to plaintiff's January 2020 CT scan. After considering both parties' arguments, the Court granted in part defendants' motion to compel, (ECF No. 22), and motion to amend the scheduling order, (ECF No. 23). The Court also ruled that it will not allow the deposition of Dr. Rahmin Ahmadi at this time.

Accordingly, **IT IS HEREBY ORDERED** that defendants' motion to exclude or compel, (ECF No. 22), is **GRANTED IN PART** and **DENIED IN PART**. Specifically, the defendants' motion to exclude the plaintiff's medical imaging and related documents from the January 2020 CT scan is **DENIED**. The defendant's motion to compel all records from MH Imaging, including any reports, studies, referral documents, billing records, and, if necessary, the deposition of the radiologist that interpreted plaintiff's January 2020 CT scan, is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff shall be made available to the defense for a deposition to address the January 2020 CT Scan and any follow-up treatment that he has received.

**IT IS FURTHER ORDERED** that defendants' motion to amend/correct the scheduling order, (ECF No. 23), is **GRANTED**. Case-specific fact discovery is re-opened until **March 23, 2021** and the parties will file a joint stipulation with the Court of proposed dates for the remaining discovery deadlines.

Dated at Milwaukee, Wisconsin on January 25, 2021.

s/ Brett H. Ludwig
BRETT H. LUDWIG
United States District Judge