UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RICHARD F STEFAN,

        Plaintiff,

                                                                        Case No. 19-cv-1333-bhl

  v.

CR BARD INC,
BARD PERIPHERAL VASCULAR INC,

        Defendants.

## ORDER

In this case, Plaintiff Richard Stefan alleges medical complications following the implantation of one of defendants' inferior vena cava ("IVC") filters, a prescription medical device. On January 25, 2021, the Court re-opened case-specific fact discovery until March 23, 2021 to allow defendants to re-depose the plaintiff. (ECF No. 31.) On March 19, 2021, defendants filed an expedited non-dispositive motion to compel production. (ECF No. 34.) Specifically, defendants ask the Court to order the plaintiff to produce a July 14, 2016 letter from the physician that implanted the IVC filter. (*Id.*) Under Civ. L. R. 7(h)(2), plaintiff's response to the motion was due within 7 days of service of the motion. Thus, plaintiff's response was due March 26, 2021. Because plaintiff has failed to respond to the motion and the requested document is relevant and responsive, the Court will grant defendant's motion. Accordingly,

      **IT IS HEREBY ORDERED** that defendants' motion to compel, (ECF No. 34), is **GRANTED**. Plaintiff must produce the July 14, 2016 letter from Doctor Suhail Allaqaband no later than **April 6, 2021.**

      Dated at Milwaukee, Wisconsin on April 1, 2021.

                                                           s/ Brett H. Ludwig
                                                           BRETT H. LUDWIG
                                                           United States District Judge